(No. 74-CC-76—Claimant ▮▮▮▮▮▮▮

JOSE A. GONZALEZ, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed January 31, 1974.*

JOSE A. GONZALEZ, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.